# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2026

**BY ECF**

Hon. Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:     **United States v. Kayan Charles**
        **26 Cr. 174 (LTS)**

Dear Chief Judge Swain:

I write to respectfully request a temporary modification of Kayan Charles's conditions of release to enable him to attend his grandmother's funeral in Manhattan on Monday, June 22. The government and pretrial services consent to this request.

Following his arrest on April 17, 2026, Magistrate Judge Parker released Mr. Charles on his own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by two financially responsible people; home detention in his father's home enforced by GPS location monitoring; travel restricted to SDNY, EDNY and DNJ; surrender of all travel documents and no new applications; continue/seek employment; pretrial supervision as directed by pretrial services; mental health evaluation and treatment as directed by pretrial services; not to possess any firearm, destructive device, or other weapon.

In addition, Mr. Charles's father, Rene Charles, was ordered to serve as third party custodian and directed to notify the Court immediately of any violations of the conditions of his release. After Mr. Charles signed the bond, he went directly to his father's home in New Jersey where he was told he must remain and may not relocate without permission from pretrial services.

Since his release, Mr. Charles has appeared in court as directed and has faithfully complied with all conditions of release.

On June 6, 2026, Mr. Charles's maternal grandmother passed away. Mr. Charles now respectfully requests a temporary bail modification to allow him to attend his grandmother's funeral service in Manhattan on June 22 from 6:00 p.m. to 10:00 p.m. at a funeral home to be disclosed in advance to pretrial services. The government and pretrial services consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Kayan Charles*

cc:     Counsel of record

The foregoing request is granted.  Mr. Charles' bail conditions are temporarily modified to enable him to attend his grandmother's funeral in Manhattan on Monday, June 22, 2026, from 6:00 PM to 10:00 PM at a funeral home to be disclosed in advance to Pretrial Services.  The Court extends its sympathies to Mr. Charles and his family.

Docket entry no. 15 is resolved.

SO ORDERED.
June 16, 2026
/s/ Laura Taylor Swain, Chief USDJ