UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

-v- No. 26-CR-174-LTS

KAYAN CHARLES,

Defendant.

-------------------------------------------------------x

BRIEFING ORDER

A bail review hearing is scheduled for Tuesday, July 21, 2026, at 2:30 PM. If the Government intends to seek revocation, it must file a written application no later than **Wednesday, July 15, 2026**, and defense counsel is directed to file a written response to any such application no later than **Friday, July 17, 2026.**

SO ORDERED.

Dated: New York, New York
July 13, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge