UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

-v- No. 26-CR-174-LTS

KAYAN CHARLES,

Defendant.

-------------------------------------------------------x

ORDER

For the reasons stated on the record of the bail review conference held this day, Mr. Charles' conditions of pretrial release are modified as follows:

Effective immediately, Mr. Charles is placed on home incarceration. He must live at the residence of his mother. Pamela Cagle, at the address approved by Pretrial Services. He must remain at the residence at all times except for treatment and programming approved in advance by Pretrial services, medical appointments approved by pretrial services and court and legal appointments approved by Pretrial services. Pretrial services shall monitor his compliance with these conditions by the electronic means selected in its discretion.

Effective immediately, Mrs. Pamela Cagle is Mr. Charles' third-party custodian, responsible to this Court for his compliance with his conditions of release.

All other release conditions remain in place as previously established. Pretrial services shall inform the Court immediately of any noncompliance with any of the conditions.

The parties shall appear for a review conference on **August 13, 2026, at 2:30 pm** in Courtroom 17C, 500 Pearl Street, New York NY 10007. A further conference will be held on **September 9, 2026, at 1:00 p.m**. The Government's revocation application is held under advisement.

SO ORDERED.

Dated: New York, New York
July 21, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge