UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

-v- No. 26-CR-174-LTS

KAYAN CHARLES,

Defendant.

-------------------------------------------------------x

# ORDER

Before the Court is Defendant Kayan Charles' motion to dismiss the indictment in this matter, challenging the constitutionality of 18 U.S.C. section 922(g)(1), the statute under which he has been charged, on Second Amendment and Commerce Clause grounds. (Docket entry no. 22.) Mr. Charles argues that the United States Supreme Court's recent decision on the Second Amendment in New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1 (2022), renders Section 922(g)(1) unconstitutional both on its face and as applied to him. (Docket entry no. 23 ("Def. Mem.") at 1.) He further argues that the charged conduct amounts to purely local firearm possession, falling outside of the authority vested in Congress to regulate interstate commerce. (Id. at 3-4.)

As the Government argues (docket entry no. 26, at 2-6) and Mr. Charles himself concedes (Def. Mem. at 4), Second Circuit authority forecloses both of these challenges. In Zherka v. Bondi, the Second Circuit held that Section 922(g)(1) is facially constitutional and not susceptible to as-applied challenges under the Second Amendment. 140 F.4th 68, 94-96 (2d Cir. 2025), cert. denied, 223 L.Ed.2d 555 (2026). Likewise, in United States v. Santiago, the Second Circuit concluded that Section 922(g)(1) fell within Congress' Commerce Clause authority. 238

F.3d 213, 216 (2d Cir. 2001) (per curiam). Unless and until the Second Circuit's precedent on the constitutionality of Section 922(g)(1) is overruled, such precedent is binding on this Court. See United States v. Williams, 701 F. Supp. 3d 257, 269 (S.D.N.Y. 2023).

For the foregoing reasons, the motion to dismiss the indictment is denied. This Order resolves docket entry no. 22.

SO ORDERED.

Dated: New York, New York
September 4, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge