**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2026

# MEMO ENDORSED

**BY ECF**
The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Kayan Charles*, 26 Cr. 174 (LTS)**

Dear Chief Judge Swain:

The parties write respectfully to request that the Court adjourn the bail review and pretrial conference in this case currently scheduled for October 14, 2026, at 11:00 a.m., and reschedule the bail review and pretrial conference for October 14, 2026, at 11:30 a.m. The purpose of the requested adjournment is to enable Pretrial Services to attend the proceeding.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: David Steinbach
David Steinbach
Assistant United States Attorney
(212) 637-2380

cc: Marne Lenox, Esq. (via ECF)

The foregoing request is granted. The bail review and pretrial conference is hereby rescheduled to **Wednesday, October 14, 2026, at 11:30 AM**. Docket entry no. 28 is resolved.

SO ORDERED.
October 2, 2026
/s/ Laura Taylor Swain